

# PALMER
Attorneys at Law

PHILADELPHIA  |  NEW JERSEY  |  NEW YORK  |  MARYLAND

Daniel H. Wooster
*PARTNER*
dwooster@pbh.com
DIRECT DIAL: (215) 625-7849

June 17, 2025

Via ECF

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

<div style="color:blue">

Application GRANTED.  Plaintiff Robert Applebaum's deadline to file a renewed motion for default judgment is extended to **June 25, 2025**.  Future submissions must comply with the Court's Individual Rules and Practices in Civil Cases.  *See, e.g.*, R. 2.E ("All requests for extensions of time . . . must be made not less than **two business days** before the scheduled deadline or date.").

The Clerk of Court is directed to terminate ECF No. 25.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: June 18, 2025

</div>

Re:    Applebaum v. Magonis US LLC et al.
24 Civ. 01861 (JHR)
Our file: 2780-001

Dear Judge Rearden:

We represent Plaintiff and write to respectfully request a one-week extension of time to file Plaintiff's renewed motion for default judgment, which is currently due to be filed tomorrow, June 18, 2025, as per the Court's recent order (ECF No. 24).

The undersigned received instructions today to handle an urgent new matter and as a result will be unable to complete work on the motion and the required memorandum of law by the current deadline. No prior extensions have been sought in this case, and no other deadlines or appearances are scheduled. Neither of the two defendants has made any appearance.

We very much appreciate the Court's consideration.

Respectfully,

PALMER BIEZUP & HENDERSON LLP

By: /s/ Daniel H. Wooster

Palmer Biezup & Henderson LLP
190 North Independence Mall West | Suite 401 | Philadelphia, PA 19106
P 215.625.9900 | F 215.625.0185

#721429v1