UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT APPLEBAUM,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　-v.-<br><br>MAGONIS US LLC and MAGONIS BOATS SL,<br><br>　　　　　　　　　Defendants. | 24 Civ. 1861<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

　　　　Plaintiff's motion for a default judgment, ECF No. 27, is hereby GRANTED. The case is referred to the designated Magistrate Judge, Judge Sarah L. Cave, for an inquest on damages pursuant to Fed. R. Civ. P. 55(b)(2).

　　　　The Clerk of Court is directed to terminate ECF No. 27.

　　　　SO ORDERED.

Dated: September 1, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER H. REARDEN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge