UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT APPLEBAUM,

                Plaintiff,

-v-

MAGNOLIS US LLC AND MAGONIS BOATS SL,

                Defendants.

CIVIL ACTION NO. 24 Civ. 1861 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Honorable Jennifer H. Rearden's referral to the undersigned to conduct an inquest on damages (see ECF No. 33), it is hereby ORDERED that:

1. Plaintiff has submitted a memorandum of law in support of his motion for default judgment, along with a supporting attorney declaration and exhibits (ECF Nos. 29–30 (the "Damages Submission")).

2. Defaulting Defendants shall submit their response to Plaintiff's Damages Submission, if any, no later than **Wednesday, September 17, 2025**. IF DEFAULTING DEFENDANTS (1) FAIL TO RESPOND TO PLAINTIFF'S DAMAGES SUBMISSION, OR (2) FAIL TO CONTACT MY CHAMBERS BY **SEPTEMBER 17, 2025** AND REQUEST AN IN-COURT HEARING, I INTEND TO ISSUE A REPORT AND RECOMMENDATION CONCERNING DAMAGES BASED ON PLAINTIFF'S WRITTEN SUBMISSIONS ALONE WITHOUT AN IN-COURT HEARING. See Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp., 109 F.3d 105, 111 (2d Cir. 1997) ("'[I]t [is] not necessary for the District

1

Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in a default judgment.'" (quoting Fustok v. ContiCommodity Servs. Inc., 873 F.2d 38, 40 (2d Cir. 1989))).

Plaintiff is directed to serve this Order on Defaulting Defendants and file proof of service on the docket by no later than **Wednesday, September 10, 2025.**

Dated:   New York, New York
         September 3, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**
