UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT APPLEBAUM,

                Plaintiff,

       -against-

MAGONIS US LLC, ET AL.,

               Defendants.

24 CIVIL 01861 (JHR)(SLC)

## JUDGMENT

      It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated May 22, 2026, the Report and Recommendation is adopted in its entirety. Plaintiff is awarded judgments in the amount of $26,177 in compensatory damages, $5,501.85 in prejudgment interest, $20,317.50 in attorneys' fees, and $1,138.43 in costs; accordingly, the case is closed.

**Dated:**   New York, New York
          May 22, 2026

                                      **TAMMI M. HELLWIG**
                                       **Clerk of Court**

**BY:**

                                       **Deputy Clerk**